

Opinions of the United
States Court of Appeals
for the Third Circuit

7-31-1996

# Azzaro v. Allegheny

Precedential or Non-Precedential:

Docket 95-3253

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation
"Azzaro v. Allegheny" (1996). *1996 Decisions.* Paper 147.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/147

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
              UNITED STATES COURT OF APPEALS
                 FOR THE THIRD CIRCUIT


                    _____

                     No. 95-3253
                    _____


                  BEVERLY AZZARO,

                                 Appellant

                         v.

         COUNTY OF ALLEGHENY; TOM FOERSTER, an individual
          and Chairman, Allegheny County Commissioners,
                    and WAYNE FUSARO
                    _____


         On Appeal from the United States District Court
              for the Western District of Pennsylvania
                    (D.C. Civil No. 93-1589)
                    _____



Present: SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
         GREENBERG, SCIRICA, COWEN, NYGAARD, ALITO,
         ROTH, LEWIS,  McKEE, SAROKIN, and ROSENN, CircuitJudges.



                      O R D E R


          A majority of the active judges having voted for
rehearing en banc in the above appeal, it is
          O R D E R E D  that the Clerk of this Court vacate the
panel's opinion and judgment dated July 31, 1996 and list the
above case for rehearing en banc at the convenience of the court.


                         By the Court,


                         /s/ Dolores K. Sloviter

Dated:  August 30, 1996      Chief Judge
```